MARY H. TOMPKINS et al., Respondents, *v.* THE CITY OF NEW YORK et al., Appellants, Impleaded with Others.

(Argued June 8, 1932; decided July 19, 1932.)

*Arthur J. W. Hilly, Corporation Counsel (Alfred D. Jahr* and *Edwin J. Talley* of counsel), for·appellants.

*Howard C. Kelly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN,. KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.  Not sitting: POUND, Ch. J.